UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BEYERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-01601-TWP-DLP ) |
| CONSOLIDATED INSURANCE COMPANY, LIBERTY MUTUAL AGENCY CORP, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on parties' Joint Motion to Amend Case Management Deadlines Regarding Expert Witnesses, Dkt. [81]. The Court, having considered the same and being duly advised, hereby **GRANTS** said motion. The parties' case management plan will be amended as follows:

| Description | Old Deadline | New Deadline |
|---|---|---|
| Defendants' Expert Witness Disclosure for Class Certification | April 1, 2020 | June 1, 2020 |
| Motions in Limine for Experts on Class Certification | April 30, 2020 | July 21, 2020 |
| Expert Discovery for Class Certification | May 15, 2020 | July 14, 2020 |
| Plaintiff's Motion for Class Certification | May 22, 2020 | July 21, 2020 |
| Defendants' Response to Motion for Class Certification | July 22, 2020 | September 21, 2020 |
| Plaintiff's Reply in Support of Motion for Class Certification | August 22, 2020 | October 21, 2020 |

So ORDERED.

Date: 3/27/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email