UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BEYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-01601-TWP-DLP |
| | ) |
| CONSOLIDATED INSURANCE COMPANY, | ) |
| LIBERTY MUTUAL AGENCY CORP, | ) |
| | ) |
| Defendants. | ) |

**ORDER DISCHARGING SHOW CAUSE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

Counsel for Plaintiff filed a Response on March 26, 2020, Dkt. [83] to the Court's Order to Show Cause for Plaintiff's Counsel failure to appear as ordered for the March 23, 2020 telephonic status conference, Dkt. [80]. Counsel for Plaintiff explained that his absence was a result of oversight and a calendaring error. Given Counsel's explanation for his failure to appear, the Court hereby **DISCHARGES** its Order to Show Cause dated March 23, 2020, Dkt. [80].

Date: 5/22/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email