UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM BEYERS individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED INSURANCE COMPANY, LIBERTY MUTUAL AGENCY CORP,<br><br>Defendants. | No. 1:19-cv-01601-TWP-DLP |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants Consolidated Insurance Company and Liberty Mutual Agency Corp. and against Plaintiff William Beyers. The Plaintiff shall take nothing by his Complaint, and this action is **TERMINATED**.

Dated: 3/19/2021

Roger A.G. Sharpe, Clerk of Court

By: _____
         Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Dennis F. Cantrell
KATZ  KORIN CUNNINGHAM, P.C.
dcantrell@kkclegal.com

Mark Allen Johnson
BAKER & HOSTETLER LLP
mjohnson@bakerlaw.com

Marissa A. Peirsol
BAKER & HOSTETLER LLP
mpeirsol@bakerlaw.com

Syed Ali Saeed
SAEED & LITTLE LLP
ali@sllawfirm.com